

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Christopher Antonio Vaughn, Appellant<br><br>No. 06-22-00121-CR     v.<br><br>The State of Texas, Appellee | Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 19F0565-005). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment of conviction by changing the amount of court costs assessed to $133.00, and we modify the certified statement of costs by changing the "STATE CONSOLIDATED COURT COSTS" to $133.00, deleting the "LOCAL CONSOLIDATED COURT COSTS" and the "TIME PAYMENT FEE," and changing the "TOTAL" to $133.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Christopher Antonio Vaughn, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk